```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION


MUSAB MOHAMED ALHUSSEIN,          )
                                  )
     Plaintiff,                   )
                                  )
vs.                               )     No. 23-cv-2694-SHM-tmp
                                  )
MURCES MOHAMED OSMAN,             )
                                  )
     Defendant.                   )
```

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 5), docketed April 5, 2024, dismissing the case without prejudice.


## APPROVED:

 /s/   Samuel H. Mays, Jr
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

 April 4, 2024                           WENDRY R. OLIVER
DATE                                     CLERK

                                          /s/  Jairo Mendez
                                         (By) DEPUTY CLERK